IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

---

LAKEYSHA STEWART,

                Plaintiff,

v.                                                             OPINION and ORDER

FRANK BISIGNANO,                                  24-cv-436-jdp
Commissioner of the Social Security Administration

                Defendant.[1]

---

Plaintiff Lakeysha Stewart, proceeding without counsel, filed this lawsuit appealing a final decision denying her claim for disability insurance benefits under the Social Security Act. Stewart failed to file a brief in support of her appeal by her initial deadline for doing so. The court gave Stewart another chance to file her brief and warned her that her case could be dismissed for her failure to prosecute it if she did not respond. Dkt. 6. That new deadline has passed and the court has received nothing from Stewart. Accordingly, I will dismiss this case without prejudice for Stewart's failure to prosecute it. *James v. McDonald's Corp.*, 417 F.3d 672, 681 (7th Cir. 2005) ("A district court has the authority under Federal Rule of Civil Procedure 41(b) to enter a sua sponte order of dismissal for lack of prosecution.").

---

[1] The court has updated the caption in accordance with Federal Rule of Civil Procedure 25(d).

ORDER

IT IS ORDERED that plaintiff Lakeysha Stewart's appeal is DISMISSED without prejudice for her failure to prosecute it. The clerk of court is directed to enter judgment for defendant and close this case.

Entered September 22, 2025.

BY THE COURT:

/s/

_____
JAMES D. PETERSON
District Judge